WEAVER, J.
(concurring in result only). I concur with the majority only in its conclusion that, in this case, plaintiffs attorney had a reasonable belief that plaintiffs medical expert met the requirements for filing an affidavit of merit under MCL 600.2912d. I write separately to clarify, as I explain in my dissenting opinion in Halloran v Bhan, 470 Mich 572; 683 NW2d 129 (2004) (WEAVER, J. dissenting), that MCL 600.2169 requires that a standard-of-care expert’s board certifications and specialties match those of the defendant only where the specialty or board certification is appropriate for (correct for the purpose of explaining) the standard of care to which the expert will be testifying in the case.